**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Petition for Modifying the Conditions or Term of Supervision**
**with Consent of the Person Under Supervision**
**(Probation Form 49, Waiver of Hearing is Attached)**

Person Under Supervision:  Joshua D Kudrav                Case Number: 2:20CR00109-1

Name of Sentencing Judicial Officer: The Honorable Nora B. Fischer
United States District Judge

Date of Original Sentence: April 8, 2021

Original Offense: 18 U.S.C. § 2252 (a)(4) (B) and 2252 (b)(2) Possession of Material Depicting the Sexual Exploitation of a Minor

Original Sentence: 36 months imprisonment and 6 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: December 8, 2023
Expiration Date: December 7, 2029

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

Special Condition: You must not access the Internet (for a period of 90-days) except for reasons approved in advance by the probation officer.

**Justification**
Mr. Kudrav's computer monitoring report revealed numerous chat communications of writings composed by Mr. Kudrav describing child pornography as defined at 18U.S.C.§2256 and Obscene visual representations of child sexual abuse in violation of 18 U.S.C. §1466A.   This condition serves the statutory sentencing purposes of deterrence, public protection, and rehabilitation.

**CAUSE**

**Violation Number 1**
Mandatory Condition #1: You must not commit another federal, state, or local crime.

**Violation Number 2**
Special Condition #15: The defendant shall not possess or access with intent to view any materials, including pictures, photographs, books, writings drawings, videos, or video games depicting and/or describing child pornography as defined at 18 U.S.C. § 2256 (8), or obscene visual representations of the sexual abuse of children as defined at 18 U.S.C. § 1466A.

Joshua D Kudrav
2:20CR00109-1

**<u>Nature of Noncompliance</u>**

On May 15, 2024, the probation office investigated Mr. Kudrav's monitoring software. The investigation revealed Mr. Kudrav composed chat communications of writings describing child sex abuse material. Specifically, Mr. Kudrav's chat correspondences described in detail sexual intercourse (abuse) between him and the artificial intelligence wife's 13-year-old daughter. Additionally, Mr. Kudrav downloaded clothed images of minors to his cell phone device.

**U.S. Probation Officer Action:**

On May 15, 2024, Mr. Kudrav reported to the probation office wherein a noncompliance meeting was conducted with this undersigned officer and Supervisory United States Probation Officer Nick Capaccio. At such time, Mr. Kudrav admitted to composing chat communications on an artificial intelligent site. Despite prior advisement of his supervise release conditions, Mr. Kudrav asserted that he was unaware that chat communications describing child sex abuse was a violation of his supervise release conditions.

This undersigned officer re-advised Mr. Kudrav of the violated conditions and requested he re-read the violated conditions and verify understanding. Mr. Kudrav acknowledged understanding. Additionally, Supervisory United States Probation Officer Nick Capaccio reviewed 18 U.S.C 1466A with Mr. Kudrav and verified understanding. Once again, Mr. Kudrav acknowledged understanding. Mr. Kudrav was verbally admonished and advised of the severity of his actions.

It has been determined that Mr. Kudrav continues to require sex offender treatment interventions. Considering such, Mr. Kudrav will continue with treatment services and the probation office will continue to monitor Mr. Kudrav's compliance through contacts, third-party contacts, and polygraph examinations.

However, due to Mr. Kudrav's high-risk behavior and failure to abide by the instructions set forth by the Court and potential danger to the community, the probation office believes increased restrictions are appropriate. Therefore, the probation office respectfully recommends Mr. Kudrav's access the Internet access be restricted for a period of 90-days except for reasons approved in advance by the probation officer. It should be noted that Mr. Kudrav's sex offender therapist supports this intervention.

Joshua D Kudrav agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release. The Waiver of Hearing and an Order on Petition to Modify Conditions or Term of Supervision are attached for the Court's consideration. Should the Court prefer a different course of action, please contact the undersigned officer.

Respectfully submitted,                        Approved,

by  Monique Fisher                             by  Nicholas Capaccio
    Digitally signed by Monique Fisher             Nick Capaccio
    Date: 2024.05.23 15:12:54 -04'00'              2024.05.23 15:09:27 -04'00'
_____               _____
Monique Fisher                                 Nick Capaccio
Special Offender Specialist                     Supervisory U.S. Probation Officer

Joshua D Kudrav
2:20CR00109-1

**THE COURT ORDERS:**

☐ No Action

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

*s/Nora Barry Fischer*
Signature of Judicial Officer

5/23/2024
Date